No. 89–1452.  MOBIL OIL EXPLORATION & PRODUCING SOUTHEAST, INC., ET AL. v. UNITED DISTRIBUTION COS. ET AL.; and

No. 89–1453. FEDERAL ENERGY REGULATORY COMMISSION *v.* UNITED DISTRIBUTION COS. ET AL. C. A. 5th Cir. [Certiorari granted, 496 U. S. 904.] Motion of petitioners for divided argument granted.